## BOB AYTCH v. STATE.

### No. A-471.   Opinion Filed May 28, 1910.

#### (109 Pac. 256.)

*Appeal from Wagoner County Court; W. T. Drake, Judge.*

Bob Aytch was convicted of violating the prohibition law, and sentenced to pay a fine of $400 and to be imprisoned in the county jail for a term of 6 months, and he appeals.   Appeal dismissed.

*B. J. Beavers,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM.   No notice of appeal was given by plaintiff in error, as provided by section 6949 of Snyder's Comp. Laws Okla.; the record showing only that plaintiff in error, on being sentenced, prayed an appeal, which was allowed.   The state has filed a motion to dismiss the appeal for failure to serve the notices required by law.   Upon the authority of *Ensley v. State, infra,* 109 Pac. 250, the motion is well taken, and will be sustained.

It is therefore ordered that the purported appeal herein be and the same is hereby dismissed, and that a mandate issue directing the county court of Wagoner county to enforce its judgment and sentence herein.